IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-011-KDB-DCK

| | |
|---|---|
| GREG PIERCE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NEW YORK LIFE GROUP INSURANCE COMPANY OF NEW YORK, PFIZER LONG TERM DISABILITY PLAN, and PFIZER INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by J. Melissa Woods, concerning Charles F. Seemann III, on February 26, 2024. Charles F. Seemann III seeks to appear as counsel *pro hac vice* for Defendant Pfizer Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Charles F. Seemann III is hereby admitted *pro hac vice* to represent Defendant Pfizer Inc.

**SO ORDERED**.

Signed: February 26, 2024

David C. Keesler
United States Magistrate Judge