IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-011-KDB-DCK

| | |
|---|---|
| GREG PIERCE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NEW YORK LIFE GROUP INSURANCE COMPANY OF NEW YORK, PFIZER LONG TERM DISABILITY PLAN, and PFIZER INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Gemma L. Saluta, concerning Aaron E. Pohlman, on March 00, 2024. Aaron E. Pohlman seeks to appear as counsel *pro hac vice* for Defendant New York Life Insurance Company Of New York. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Aaron E. Pohlman is hereby admitted *pro hac vice* to represent Defendant New York Life Insurance Company Of New York.

**SO ORDERED**.

Signed: March 5, 2024

David C. Keesler
United States Magistrate Judge